judges may it please the court my name is Adrienne Turner I'm representing the appellates mr. McClellan and miss silver our position this morning is that the trial court or the district court here of course granting summary judgment and in finding that the government had met its burden of proving by a preponderance of the evidence that the funds that were seized and made subject to forfeiture in this action were proceeds of drug activity the government's burden in this make this showing by a preponderance of of the evidence and here there are there's there's just an absence of evidence that should have been considered in reaching the determination as to whether summary judgment was appropriate one of the issues that occurs to us first is that the district court in setting forth what the appellants argument was the claimants argument at at that level is that they argue that the where the court says that the claimants argue the defendant currency consists entirely profits from their retail clothing business which was labeled style house now while the claimants did make that allegation the court summary is a complete understatement of the appellants position in that regard the appellants alleged that a $100,000 inheritance that mr. McClellan received and used as seed money for that clothing business was inter mingled with that the revenue that was generated from the business and that the amount of money that was seized from him in cash on the night in question was not just purely profits that came from you know just nowhere and and then all of a sudden there was this counsel if the only verifiable income from the tax return show that silver and her family were living below the poverty level at the time of the seizure then how could it be the label style house produced profits sufficient to cover the seeds that's that's in this case we're talking about profits of a substantial amount close to $70,000 and when you try to match that up against the income tax seems a little bit difficult to see these were legitimate assets but and that's before you get to the substantial evidence elsewhere that these were tainted assets um actually your honor the fundamental issue that we have with the lower courts analysis there is that it completely and expressly the the court says I have not considered this $100,000 inheritance that mr. McClellan provided to the business as seed money at all in this analysis so what from the court's order what seems to be profits from from nowhere actually fails to consider and and correctly analyze the the nuances between operating cost and business revenue versus what can I back you up a made a false exculpatory statement that that would be affirmative evidence right so if if it turned out they said something that was false they said this money came from little green men that dropped it from a UFO like something that's obviously false that that would be affirmative evidence of guilt I think that the government's burden is to bring forth evidence itself one type of I think that's negative I think it shows or it's trying to meet the burden of showing a preponderance of evidence by showing a lack of a legitimate explanation for where the funds might have come from and I that's not what we what we have here and I'm not in the allegations as far as the inheritance money or honor or no one says he didn't get it it's completely traceable it works as far as the temporal excuse me the statute says that circumstantial or the statute allows the civil proceeding and the it allows the circle admission of circumstantial evidence and aside from the fact that it seems a bit of a stretch of the imagination to think that the style house produced these sorts of profits or in light of the income tax returns um how do you deal with a substantial amount of circumstantial evidence that these were not legitimate assets are in legitimate assets transported in this kind of way well your honor first of all I there there is no substantial evidence regarding the the transportation of the cash in this case the the court cites many cases that and none of them match the facts of this case in every case that the court includes in its order there's some special packaging that is used to try to conceal the cash currency from detection that that's not present here every case that well I wouldn't think concealment of the currency Nike duffel bag in the qualifies evidence of concealment what your honor say that I'm out of time but if I might address you answer that on rebuttal because you have reserved some time for rebuttal thank you mr. Johnson morning your honors Robert Johnson for amicus curiae the Institute for Justice I'd like to start just by taking a step back and focusing on the legal standard in this case Congress and the Civil Asset Orbiter Reform Act before you get the legal standard which I think we've got a little bit of a handle on can you help me understand this this dichotomy because you want to say that they're flipping the burden right but I think I hope you will acknowledge that a false exculpatory statement is affirmative evidence of guilt right Supreme Court been saying that for more than 100 years help me those two play together right because if you or not you but if the claimant here had moved to dismiss at a rule 12 level maybe there would not have been an affirmative statement that was there but now they've given these statements and if they are proven to be false and I understand she can test that they're false but hypothetically stay with me for a minute that they are false and they are affirmative evidence of guilt so not that the burden has been flipped to them but the falsity of their statements is in fact evidence of their guilt that's not flipping the burden right that's like just giving evidentiary weight to a false exculpatory statement right I think yes or no your honor I think it's possible to give some weight to that statement I think the question though is whether that statement is then sufficient to say that the government has met its burden totally get you totally get you there but what I'm saying is that move is not flipping the burden you didn't still have to apply the burden but you agree that in doing the analysis if we had the scenario where they said little green men drop this money out of a UFO and the government was able to put forward evidence that there are no UFOs and little green men then we would say that is evidence of guilt right or or here evidence that that the money was from drug trafficking because it's a false I agree that it's evidence that they there must be something that they are not telling the government whether it's evidence that it's proceeds of drug trafficking I think is a different question that's part of the issue it the government has to prove that this money is traceable to drug traffic and I would say assuming just purely arguendo that there was a flipping of the burden I'm not I wouldn't concede that at all I don't understand why under however you place the burden and we we can affirm on an alternate or any on any basis I don't see how there could be a failure to meet the burden here given the fact that their ion scans of the defendant currency that actually showed cocaine that's only one of the one of the evidentiary mark here and you seldom get a case that's clear and you know I understand that there are problems with civil forfeiture and I'm you know I respect where you where you and the Institute are coming on this issue and I understand that it can be abused but here it did seem to me that the accumulation of facts could not be less favorable for you it just seemed to me that you know that when you begin to pile fact after fact after fact there are a lot of cases it would be favorable to you but my problem is not with the overarching view that you have of civil forfeiture I respect that it's simply with a given the facts of this particular case they they seem they seem very inculpatory they seem seem hard to overcome your honor I think this case is ultimately about the right to trial by jury and you know I would say on the question of the ion scans the nobody just if it's a civil case which this is you're under the summary judgment standard and there has to be an issue of triable fact and I wonder how you get an issue of triable fact when you have ion scans of the cocaine on the of cocaine on the defendant currency and you have this stuff is stuffed in a duffel bag in the trunk and you and you have when he McClellan is describing his occupation to law enforcement at the time of the seizure he doesn't mention anything about style he has style house he says oh I'm just doing a lot of different stuff doing a lot of different stuff and then you you have the currency in bundled increments with with with rubber bands as opposed to bank bands and as this very unusual to have $70,000 in legitimate currency bound by rubber bands I mean and stuffed in a duffel bag in a trunk and then you get all of the different facts assume a cumulative weight that's difficult to overcome your honor I would just direct the court to United States versus $10,700 from the Third Circuit which is a pre-kafka case and found based on a similar assortment of facts including ion scans that the government had not even met the probable cause standard for civil forfeiture and again I think this case is about the right to a trial by juror and the question here is not whether the government on these facts could forfeit these property this property after a trial the question is here should the judge be allowed to draw actual conclusions based on the evidence result but that's but that's too general you I have to deal with the specifics here and why they establish an issue of tribal fact I mean every summary judgment case that comes up here on appeal they say it's a matter the losing party on summary judgment says well this is a matter of right to trial by jury well the right to trial by jury is important very important in a civil case but under sell attacks you have to establish an actual facts and Chief Justice Rehnquist makes that clear in his cell attacks decision yes right of a cell attacks also holds that the party who does not bear the burden of proof doesn't have to provide any evidence at summary judgment that's the holding itself text and of course the government here is the party that bears the burden of truth of proof and the other thing I would just point your honor to in terms of whether there's a tribal fact at page 43 of the appendix it shows that label style has had gross receipts of $41,000 in 2018 page 48 of the appendix gross receipts of over $62,000 and I could go on and all I wanted to want to say about that is if you take a business and it starts with $50 it buys inventory for $50 it sells it for $52 at the end of the day that business has $52 in cash and it has $2 to report and profits on its tax return and I think the evidence supports an inference that that is exactly what is going on here and I see that I'm out of time to run thank you thank you miss Sharon we'd be happy to hear from you and please the court in this case the government met its burden to establish that at the approximately $70,000 in cash was subject to forfeitures drug proceeds and in this case the district court properly granted summary judgment to the government because the only evidence in this case is the government's evidence that establishes by preponderance of the evidence that it's drug money the district court took care in this case to look at a number of factors in determining can we talk a little bit about some of the specifics here so what's the probability of up pull the cash out of my wallet that it's got cocaine residue on it your honor unfortunately I can't answer that but it seems unlikely unless you're a drug dealer there's some suggestion I'm not a drug dealer that's just true not a false exculpatory one so there's some suggestion that that that's not really right and then I mean there's at least some reports that have suggested that a large proportion of the currency that circulates around has cocaine on right and the problem I've got here is that you may be right the probability in my pocket that it has residue from a previous transaction when I you know paid for a pack of gum at the 7-eleven yesterday that might be extremely low it might be extremely high but on this record how can I tell whether the presence of cocaine on the on the well I think you can consider the fact that I believe there were numerous or several positive ion scans well there were ion scans for cocaine and one for explosives do you claim the claimant was in the business of selling cocaine or explosives I thought it was marijuana your honor we do not specifically identify the type of drug I mean the law allows us to forfeit drug proceeds related to drug trafficking in general so you know of course based on Derek McClellan's prior criminal history it would suggest that's the convictions from six years ago and 12 years ago six years before this for sure and 12 years before the war that's correct in 2013 he was convicted of possession with intent to distribute marijuana how long do you think is too long to infer based on someone's prior conviction that they are currently involved in selling drugs well I think that's just one of many factors we would certainly look at the prior convictions but you know for how do you look at how do you look at the prior convictions right why did wander 404 be in our case law why do you get to look at them to suggest that he's a drug dealer that's exactly what 404 B tells us you don't do right that's that's pure propensity evidence you're saying because he was a drug dealer before and got convicted he must be a drug dealer now that's precisely what you can't do you might be able to do something you can't do what you've just said I don't think you're correct your honor but we can't offer it to show knowledge in this case it's particularly instructive knowledge of what what that's the problem you can't just say that like knowledge of what of knowledge of a lot of money how to move money so if you go back to the 2013 case you see that he was transporting the money in the exact same way that this drug money was being transported in 2019 it was in a bag that was the forfeiture that was the forfeited money the forfeited money of the approximately $50,000 if you go back and look at that was bundled which is of course indicative of drug traffic that associated with a conviction in state court I believe it was but of course he didn't contest that I think is what he  security at the time of this seizure he said of course hey I know about so under 404 be the one argument you're making is it shows knowledge of how to transport cash all right what else under 404 be this not propensity do you think that those convictions actually are allowed to show I mean there's a district court yeah it may be you know not not fully thinking this through seems to say well he has been convicted before and therefore must be a drug dealer now I it sounds a lot like propensity when you read it it doesn't sound like he's saying this is about knowledge of transporting cash it certainly shows knowledge it shows motive why he would be transporting the cash we do think it would come in how was it show motive help me understand that why would that show motive to transport cash that he's been previously convicted well because again he given the circumstances in 2013 and today we see that he knows how to move drug money and so that would be his motive to move the drug money to move this drug business right but knowing how to transport cash he would also know how to transport cash if it was wholly legitimate right so if he was just engaged in a cash business it would suggest that he would transport cash in the same way he did before and why does it show the part of it is not showing to me is that he's a drug dealer unless I say it's propensity and I get the urge to say it's propensity well again we we consider that to be one factor in the many factors in this case that show it's drug money you know even setting that aside going back to how the money was packaged that how would a person who has this quantity of cash this large amount of cash how would they package it safely and in an organized manner but make sure that the government knows it's not drug money how would I carry that in my car well your honor I certainly can't answer that I guess there's any number of ways you certainly could stick it in a bag and put it in your car but you would also be prepared to tell the government if you were stopped I guess what I'm troubled by is just you know if you have a large amount of cash whether it's because of a legitimate reason or an illegitimate reason you probably want to keep it out of sight right so in your trunk and you don't want the bet the bills just floating around in the trunk right so you've got a bundle them perhaps put them in a bag that all makes sense whether they're legitimate proceeds illegitimate proceeds you might say it's a large amount of cash so that seems a little fishy because most people don't carry large amounts these days but fishy and by a preponderance of the evidence no one could say this is anything but drug proceeds are very far apart from each other on the spectrum well your honor I think what I'm just hearing you say right there is sort of what they call the defied and conquer approach which I think the courts have explicitly rejected in this series sure yeah there are definitely other factors and I'm just thinking when we see cases about drug money it's wrapped in plastic so that drug dogs don't you know detect it maybe it's hidden in a secret compartment of the car you know there and that's not to say that an officer can't testify that when I you know see proceeds of drugs transactions it's often bundled exactly the way we have here but I'm saying how can we even considering that with other factors it doesn't seem to me that pushes you over the line but no juror could say well this is also how you know I'm not convinced that this is drug proceeds because that's how anyone with a large amount of cash would sensibly carry their money well again looking at the totality of that evidence a legitimate business isn't going to be transporting their cash in this manner and certainly not in the wee hours of the morning on a Sunday morning in a vehicle driven by somebody who apparently was intoxicated and rolled into a concrete area where is the where is the legitimate source of the income that's the that's one of the questions among many that I have it if you could point out that there was wait a minute here's a legitimate source of the income but when he's describing his occupation to law enforcement officers he said I'm just doing a lot of different stuff and then there's this whole thing about style house doesn't match up with what's in the income tax returns the income tax returns show don't show any legitimate source of income that would cover $70,000 it's not just one thing it's an accumulation of things that that go here and and you're right to say this divided conquer business is the easiest thing in the world just take one thing and say well this by itself doesn't indicate this and this guy so but it's not that it's the accumulation of it all where's the where's the legitimate source of the income exactly as judge Wilkinson noted one of the many factors here is the lack of legitimate income that is substantial but it's also the false statements made by the claimants you know they put forward on more than one occasion sworn statements this money it consists entirely of profits of this way again now and I don't mean to divide and conquer here I agree that that's an incorrect approach but I'm looking for where's the evidence that you have to prove right the government has to prove that this is connected to sale of drugs not just that this money is illegitimate not just that this money came from illegal profits or wasn't reported on tax returns or that you know that it came from a bad source what you have to prove is that it came from drug sales or it's going to be used for drug purchases that somehow traceable to a federal drug crime so what's your best evidence of that and it you know you can give me a list it can be a cumulative list but I'm looking for I'm looking for the connection to the drugs certainly your honor and maybe the best place to start is the expert the experts opinion in this case that the government put forward he is an experienced former IRS criminal investigator and homeland security criminal investigator he's also an attorney as an aside so that's someone who has extensive knowledge of how drug dealers move money what drug money looks like and what factors we look at his expert opinion runs through all of those factors and you know reaches the same conclusion basically that the district court did which is that this has got to be drug money so you know I'd start with that look at the analysis that he applied looking at the way the money was bundled the amount of currency how it was discovered the lack of legitimate income which courts across the country have indicated is indicative and certainly informative in cases like this look at the tax returns and yes under 404 B we would say look at his prior drug history look at the statements he made at the time of the seizure not wanting to disclose what he did for a living which again there's no record that he's done anything legitimate for a living because he doesn't file any tax returns and certainly has never disclosed what his actual do you have a case and you may I just don't recall but do you have a case where where the government was granted summary judgment on this forfeiture because it was drug proceeds where there was no evidence that the claimant was currently involved in trafficking drugs right there's drugs weren't found with the money this person wasn't otherwise you know they didn't search their home and find drugs this person was another there was nothing else to indicate the person is currently involved in drug trafficking well certainly we would say I guess this is two sides of the same coin so let me explain that before I cite a case one is that it is sort of a misnomer that drugs and money have to be found together in order to be forfeit you know if someone if a substantial drug dealer is going to purchase two kilos of cocaine which $70,000 would probably come close to purchasing they're not going to have the drugs in their hand they bundle the money in specified increments to make it easy for a quick exchange and once they've made that exchange they get the cocaine back they don't have the money anymore and vice versa so we don't that's also how like a retail clothing business would work right possibly but in this case if you want to talk about the retail business I just was drawn I just was saying that like that's also how you like buy and sell inventory well except for they usually don't do it in $70,000 in bundled cash but here of course the government served payments and said show us your business record show us where all this merchandise is coming from and what you're paying for and you know what they produce nothing so again like the idea that this is labels money is simply a fallacy you mentioned that bundled increments I didn't see anything in the record about what the increments cashier were just that they were rubber banded so let me know if I missed that certainly your honor that is in the complaint so if I could turn to the JA sure it is in the breakdown yes so there were a hundred and eighty seven hundred dollar bills 70 yeah thank you that I'm curious about you you mentioned that they keep them bundled in certain increments to make for a quick exchange and I had been curious about that whether you know the rubber bands were you know each were they bundled by these are 20s these are 50s these are hundreds or was it bundled as like each bundle is a hundred bucks or a hundred and fifty bucks or I don't know that they actually looked at each bundle they looked at the type of the denominations I should say and that is something that we look at or law enforcement looks at when we're looking at drug dealers and the currency that they transport so the thing coming back to is that in most of these cases where civil forfeiture is in question there has been at least some remotely plausible alternative means that served as the source of legitimate income in other words they've been able to defendants have been able to point to a legitimate source of the income and I don't see that happening here all of the explanations for legitimate source of the income or they're vague they're shifting they don't make they don't match up with the tax return but these these cases and I've seen a number of them where it seems to me the government runs afoul is when it starts saying these are drug proceeds where there's a defendant actually points to a legitimate source of income and says this is where they this is where they come from I have this business it's profitable you can see that it's profitable or or whatever now the defendant doesn't bear the burden of proof but on the other hand so a tax makes clear you can't just separate and what distinguishes this from the other trafficking from the other civil forfeiture cases that I've seen is that I don't see that there's a plausible case made out that there is some legitimate source of income and that's a characteristic of a good defense to a civil forfeiture claim certainly your honor and I do want to make clear because if this is not been clear with the government's position we have no interest in forfeiting clean money we have an interest in forfeiting dirty money drug money in particular as specifically which we believe this money to be how do you know that this is drug money instead of count money from counterfeit goods which I think was the government's alternative theory below well your honor again we do have evidence that labels to the extent it was doing a legitimate business was dealing in counterfeit goods to local law enforcement it was known colloquially as the little counterfeit store obviously the state law enforcement division had launched an investigation into labels but money frequently is or can be forfeitable under more than one theory and we rarely you know want to go in can you can you help me understand that just for a minute but we sometimes in the criminal context think about the difference between elements and means and so I guess what I'm wondering is if this went to a jury just hypothetically would the jury need to agree on what the criminal predicate was or would it suffice in other words that would be there like elements of your plan or would it suffice to say that it's the proceeds of criminal conduct and either of those would would satisfy the criminal conduct so those are two different means meaning you don't require unanimity we would ask for unanimity because I do think that they need to make a decision how the money is for the tricky part in this case so in other words the jury instructions would say you know you must agree that it is drug proceeds or you must agree that it is counterfeiting you can't some of you think drug proceeds and some of you think counterfeit I apologize your honor it also could be both and that's what I was getting ready to explain you know in a if we assume labels is a cash-heavy business right okay I know that but go back go back to this point sorry cuz I I'm not sure you're right about this right and it's against you which is why I'm trying to make sure I understand because you could say that these are just two different means of satisfying the element of that is the proceeds of criminal conduct in which case you would not require unanimity right I understand it could be both right both is always true even if they're two elements they can meet both of them like use and possession right but where that where they are just means you wouldn't have to have unanimity so some of your jurors could think drugs some of your jurors could think counterfeiting but your view is there's got to be agreement on one or the other or both well or within that so for instance some of the jurors could say $40,000 we think is drug proceeds and we think $29,000 is they've got to agree on what the predicate is that the government has met its bird that it's profitable under one of a particular theory under those theories under would a judge even instruct on counterfeiting I mean what evidence is there that some counterfeit funds and I don't know that a government would I don't know that a government would you can meet your seems to me you can meet your burden on drugs if there were counterfeit funds I'm not sure you can meet your burden and that would have to be some evidence of counterfeit funds in order to get an instruction on the point and I'm just not sure there would be I think it's a drug case some parent sample there's no evidence of counterfeiting well yeah we certainly would agree that the drug theory is much stronger I've seen my parents out mr. you have some time for rebuttal yes thank you um one of the questions raised by the court involved some differing statements regarding the we wanted to point out that in his first statement to police mr. McClellan disclosed the existence of labels style house it was a real business he told the police that's where this money um it's from it's an operating business where is the evidence of it that it's that the income or that the profits from sky style house were able to reach $70,000 well you know I think that one of the things that is absent from the district court's order but that bears attention is that nobody's disagreeing that mr. McClellan had $100,000 available to him perfectly traceable perfectly legal there is no question about that we know where it came from we know that he inherited it not only that but he also inherited a house that was paid for that cut his expenses dramatically and yet rather than sending the question to the jury regarding whether his ability to provide that money to the business would allow for those figures and for him to have that amount of cash the the issue was determined just if this is a tribal issue and almost anything is because of but there is an old thing can't be submitted to the jury just on the basis of speculation or hypothesis on one and one one sense this is a fact-specific case but on another sense there's a larger point it issued here and that is that the this circuit and the Ohio River Valley in particular but South Carolina as well are suffering from a very serious drug crisis a very serious opioid crisis it's very hard to get on top of it it's proved incredibly stubborn and one of the tools with which this is fought are civil forfeitures do I like civil forfeitures no I don't like them but Congress when it shifted the burden of proof did not did not repeal the preponderance standard and it did not take away the probable cause standard it still left the statute intact and it does seem to me that this is remains even if distasteful on one of the means by which the opioid crisis is combated and if we start hollowing that out we just make it more difficult for the elected branches of government to use even this tool to make headway against it and you know there's always we've got a problem on our hands and I would be sympathetic entirely if I thought the case was plausible but it seems to me that what we've been what you've been talking about is explanations for the some of your time so you go ahead okay thank you um well your honor one of the with all due respect and and with recognition that there are reasons that civil forfeitures are in place the reasons for the reform are just as important and one of those basis for reform is that in cases like this where there is there there is not definitive evidence of drug trafficking the people should not be subject to having their property taken without evidence that not not just that it's possible that they were involved but that doesn't begin to and if it was just one of these pieces of evidence it would be something but it's just when you when you when you add one piece of evidence to another to another then the overall case is is is simply more condemning than any particular part of it that's the thing and this is a divide-and-conquer question well your honor one other thing that I did want to bring to the court's attention is that the government's expert who came to the conclusion that it wasn't possible for the mr. McClellan the silver to have this amount of money did not was not provided with any information regarding this large sum of cash that mr. McClellan inherited or the fact that in determining what his day-to-day expenses that family's day-to-day expenses would have been the fact that they were in a home on which they had no mortgage and the expert did note in his report that the additional that any additional information that would have that might have come to him could have affected what his ultimate opinion all right well we thank you miss Turner and it's regrettable that we're not able to come down and shake hands with you but but we appreciate every one of your arguments and and and and thank you for being here this morning
judges: J. Harvie Wilkinson III, Julius N. Richardson, Allison J. Rushing